# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-8019        **Short Title:** California et al v. NHTSA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Environmental Defense Fund                                                                 as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[✔] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Megan M. Herzog                                    July 21, 2025
Signature                                              Date

Megan M. Herzog
Name

Donahue, Goldberg & Herzog                             (650) 353-8719
Firm Name (if applicable)                              Telephone Number

1008 Pennsylvania Avenue SE                            _____
Address                                                Fax Number

Washington, DC 20003                                   megan@donahuegoldberg.com
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 1218617

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes     Court of Appeals No. 25-1595; 25-1642

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).