# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-8019          **Short Title:** California, et al., v. NHTSA, ⊞

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Center for Biological Diversity _____ as the

[  ] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[✔] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

s/ Lia Comerford _____        7/22/2025 _____
Signature                                                              Date

Lia Comerford _____
Name

Center for Biological Diversity _____        (971) 717-6420 _____
Firm Name (if applicable)                                  Telephone Number

P.O. Box 11374 _____        _____
Address                                                          Fax Number

Portland, OR 97211 _____        lcomerford@biologicaldiversity.org ____
City, State, Zip Code                                      Email (required)

Court of Appeals Bar Number: 1197145 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1595; 25-1642 _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).