# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019        **Short Title:** State of California, et al. v. NIH

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Nebraska _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [✓] intervenor(s)

/s/ Cody S. Barnett              7/23/2025
Signature                        Date

Cody S. Barnett
Name

Nebraska Attorney General's Office   402-471-6933
Firm Name (if applicable)            Telephone Number

1445 K Street, Room 2115             _____
Address                              Fax Number

Lincoln, Nebraska 68508              cody.barnett@nebraska.gov
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 1218826

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).