# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019     **Short Title:** State of California, et al. v. NI<sub>+</sub>

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Nebraska _____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [✓] intervenor(s)

/s/ Cody S. Barnett          7/23/2025
Signature                    Date

Cody S. Barnett
Name

Nebraska Attorney General's Office     402-471-6933
Firm Name (if applicable)               Telephone Number

1445 K Street, Room 2115
Address                                  Fax Number

Lincoln, Nebraska 68508                  cody.barnett@nebraska.gov
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1218826

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).