# United States Court of Appeals
## For the First Circuit

———————————

No. 25-8019

In Re: MCP 197

———————————

No. 25-1595

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

———————————

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

———————————

**ORDER OF COURT**

Entered: July 25, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Respondents Sean Patrick Duffy, National Highway Traffic Safety Administration and Peter Simshauser to file the agency record be enlarged to and including **August 29, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, David Zaft, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Vanessa L. Kassab, Ian R. Liston, Ralph K. Durstein III, Caroline S. Van Zile, Lyle T. Leonard, Jason E. James, Lindsay Feinberg, Emma Akrawi, Michael F. Strande, Donald Campbell Lockhart, Seth Schofield, Jon Whitney, Peter N. Surdo, Nell Maria Miano Hryshko, William Grantham, Ashley Marie Gregor, Paul Garrahan, Lauren S. Zurier, Kevin Love Hubbard, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Jennifer S. Limbach, Myriam Zreczny Kasper, Jessica B. Brown, Christopher G. King, David Pettit, Julia Kathryn Forgie, Atid B. Kimelman, Joshua Aries Berman, Vera P. Pardee, Sean H. Donahue, Andrew Philip Su, Alice Henderson, Megan M. Herzog, Thomas Pulham, Steven H. Hazel, Paul D Clement, Nicholas Albert Aquart, C. Harker Rhodes IV, Daniel Jacob Feith, Brooklyn Hildebrandt, Justin A. Savage, Timothy K. Webster, James R. Conde, James Wedeking, Michael Buschbacher, Laura B. Ruppalt, Nicholas A. Cordova, Cody S. Barnett, Matthew F. Kuhn, Eric H. Wessan, Michael R. Williams, Susan Paulson, Lia Comerford