# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019    **Short Title:** California vs NHTSA et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Mexico    as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

*Anjana Samant*
Signature

07/28/2025
Date

Anjana Samant
Name

New Mexico Dept. of Justice
Firm Name (if applicable)

505-270-4332
Telephone Number

408 Galisteo Street
Address

Fax Number

Santa Fe, NM 87501
City, State, Zip Code

asamant@nmdoj.gov
Email (required)

Court of Appeals Bar Number: 1144702

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).