# United States Court of Appeals
## For the First Circuit

No. 25-8019

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**NOTICE**

Issued: August 1, 2025

    Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

    If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After August 15, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

William Grantham
David Zaft
Vera P. Pardee
Jon Whitney
Ralph K. Durstein
Christopher G. King
Michael F. Strande
Jennifer S. Limbach
Jason E. James
Alice Henderson

                                    Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gloria - (617) 748-4214


cc:
Emma Akrawi, Nicholas Albert Aquart, Cody S. Barnett, Joshua Aries Berman, Jessica B. Brown, Michael Buschbacher, Paul D Clement, Lia Comerford, James R. Conde, Nicholas A. Cordova, Sean H. Donahue, Alexandria K. Doolittle, Ralph K. Durstein III, Lindsay Feinberg, Daniel Jacob Feith, Julia Kathryn Forgie, Paul Garrahan, William Grantham, Ashley Marie Gregor, Steven H. Hazel, Alex Hemmer, Alice Henderson, Megan M. Herzog, Brooklyn Hildebrandt, Nell Maria Miano Hryshko, Kevin Love Hubbard, Jason E. James, Gabe Johnson-Karp, Myriam Zreczny Kasper, Vanessa L. Kassab, Atid B. Kimelman, Christopher G. King, Adam D. Kirschner, Scott Norman Koschwitz, Matthew F. Kuhn, Lyle T. Leonard, Matthew I. Levine, Jennifer S. Limbach, Ian R. Liston, Donald Campbell Lockhart, Theodore McCombs, Andy McCoy, Carrie Noteboom, Vera P. Pardee, David Pettit, Thomas Pulham, C. Harker Rhodes IV, Laura B. Ruppalt, Anjana Samant, Justin A. Savage, Seth Schofield, Michael F. Strande, Andrew Philip Su, Peter N. Surdo, Caroline S. Van Zile, Nicholas M. Vaz, Timothy K. Webster, James Wedeking, Eric H. Wessan, Jon Whitney, Michael R. Williams, David Zaft, Lauren S. Zurier