# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019     **Short Title:** California v. NHTSA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Kentucky                                                                 as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [✔] intervenor(s)

/s/ Jacob M. Abrahamson
Signature

08.07/2025
Date

Jacob M. Abrahamson
Name

Office of Kentucky Attorney General
Firm Name (if applicable)

502-696-5300
Telephone Number

1024 Capital Center Drive
Address

Fax Number

Frankfort, KY 40601
City, State, Zip Code

Jacob.Abrahamson@ky.gov
Email (required)

Court of Appeals Bar Number: 1218824

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).