# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019        **Short Title:** California v. NHTSA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of West Virginia</u> as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [✔] intervenor(s)

<u>/s/ Michael R. Williams</u>          <u>August 7, 2025</u>
Signature                              Date

<u>Michael R. Williams</u>
Name

<u>West Virginia Attorney General</u>    <u>304-558-2021</u>
Firm Name (if applicable)               Telephone Number

<u>State Capitol Complex, Bldg. 1, Rm E-26; 1900 Kanawha Blvd. E</u>   <u>304-558-0140</u>
Address                                                                Fax Number

<u>Charleston, WV 25305</u>              <u>michael.r.williams@wvago.gov</u>
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: <u>1218851</u>

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).