# United States Court of Appeals
## For the First Circuit

No. 25-8019

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**NOTICE**

Issued: August 18, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

William Grantham, David Zaft, Vera P. Pardee, Jon Whitney, Ralph K. Durstein, Christopher G. King, Michael F. Strande, Jennifer S. Limbach, Jason E. James, Alice Henderson

The following attorneys will continue to receive notice in this case:

Jacob M. Abrahamson, Emma Akrawi, Nicholas Albert Aquart, Cody S. Barnett, Joshua Aries Berman, Jessica B. Brown, Michael Buschbacher, Paul D Clement, Lia Comerford, James R. Conde, Nicholas A. Cordova, Sean H. Donahue, Alexandria K. Doolittle, Lindsay Feinberg, Daniel Jacob Feith, Julia Kathryn Forgie, Paul Garrahan, Ashley Marie Gregor, Steven H. Hazel, Alex Hemmer, Megan M. Herzog, Brooklyn Hildebrandt, Nell Maria Miano Hryshko, Kevin Love Hubbard, Gabe Johnson-Karp, Myriam Zreczny Kasper, Vanessa L. Kassab, Atid B. Kimelman, Adam D. Kirschner, Scott Norman Koschwitz, Matthew F. Kuhn, Lyle T. Leonard, Matthew I. Levine, Ian R. Liston, Donald Campbell Lockhart, Theodore McCombs, Andy McCoy, Carrie Noteboom, David Pettit, Thomas Pulham, C. Harker Rhodes IV, Laura B. Ruppalt, Anjana Samant, Justin A. Savage, Seth Schofield, Andrew Philip Su, Peter N. Surdo, Caroline S. Van Zile, Nicholas M. Vaz, Timothy K. Webster, James Wedeking, Eric H. Wessan, Michael Ray Williams, Lauren S. Zurier

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gloria - (617) 748-4214

cc:
Jacob M. Abrahamson, Emma Akrawi, Nicholas Albert Aquart, Cody S. Barnett, Joshua Aries Berman, Jessica B. Brown, Michael Buschbacher, Paul D Clement, Lia Comerford, James R. Conde, Nicholas A. Cordova, Sean H. Donahue, Alexandria K. Doolittle, Ralph K. Durstein III, Lindsay Feinberg, Daniel Jacob Feith, Julia Kathryn Forgie, Paul Garrahan, William Grantham, Ashley Marie Gregor, Steven H. Hazel, Alex Hemmer, Alice Henderson, Megan M. Herzog, Brooklyn Hildebrandt, Nell Maria Miano Hryshko, Kevin Love Hubbard, Jason E. James, Gabe Johnson-Karp, Myriam Zreczny Kasper, Vanessa L. Kassab, Atid B. Kimelman, Christopher G. King, Adam D. Kirschner, Scott Norman Koschwitz, Matthew F. Kuhn, Lyle T. Leonard, Matthew I. Levine, Jennifer S. Limbach, Ian R. Liston, Donald Campbell Lockhart, Theodore McCombs, Andy McCoy, Carrie Noteboom, Vera P. Pardee, David Pettit, Thomas Pulham, C. Harker Rhodes IV, Laura B. Ruppalt, Anjana Samant, Justin A. Savage, Seth Schofield, Michael F. Strande, Andrew Philip Su, Peter N. Surdo, Caroline S. Van Zile, Nicholas M. Vaz, Timothy K. Webster, James Wedeking, Eric H. Wessan, Jon Whitney, Michael Ray Williams, David Zaft, Lauren S. Zurier