# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019        **Short Title:** State of California, et al v. Nat

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of New York                                                                 as the

[ ] appellant(s)          [ ] appellee(s)           [ ] amicus curiae

[✔] petitioner(s)         [ ] respondent(s)          [ ] intervenor(s)

/s/                                             8/19/25
Signature                                       Date

Susan Paulson
Name

NYC Law Department                              212 356-0821
Firm Name (if applicable)                       Telephone Number

100 Churchh Street
Address                                         Fax Number

New York, NY 10007                              spaulson@law.nyc.gov
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: 59110

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes   Court of Appeals No. 25-1595, 25-1642

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).