# United States Court of Appeals
## For the First Circuit

_____

No. 25-8019

In Re: MCP 197

_____

No. 25-1595

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

_____

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

_____

**ORDER OF COURT**

Entered: September 2, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Respondents Sean Patrick Duffy, National Highway Traffic Safety Administration and Peter Simshauser to file the agency record be enlarged to and including **October 3, 2025**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Lyle T. Leonard, Alex Hemmer, Emma Akrawi, Adam D. Kirschner, Seth Schofield, Peter N. Surdo, Nell Maria Miano Hryshko, Anjana Samant, Ashley Marie Gregor, Paul Garrahan, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Myriam Zreczny Kasper, Jessica B. Brown, Susan Paulson, Thomas Pulham, Steven H. Hazel, James R. Conde, James Wedeking, Michael Buschbacher, Laura B. Ruppalt, Nicholas A. Cordova, Cody S. Barnett, Matthew F. Kuhn, Eric H. Wessan, Michael Ray Williams, Paul D Clement, Nicholas Albert Aquart, C. Harker Rhodes IV, Daniel Jacob Feith, Brooklyn Hildebrandt, Justin A. Savage, Timothy K. Webster, Lia Comerford, David Pettit, Sean H. Donahue, Andrew Philip Su, Megan M. Herzog, Julia Kathryn Forgie, Atid B. Kimelman, Joshua Aries Berman, Jacob M. Abrahamson