# United States Court of Appeals
## For the First Circuit

———————————

No. 25-8019

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

———————————

No. 25-1595

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway

Traffic Safety Administration; SEAN DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

_____

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

_____

No. 25-1846

ZERO EMISSION TRANSPORTATION ASSOCIATION,

Petitioner,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel and Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

_____

**ORDER OF COURT**

Entered: September 29, 2025
Pursuant to 1st Cir. R. 27.0(d)

Pursuant to the order entered July 25, 2025, in In re: MCP 197, Case No. 25-8019, the petition for review in Case No. 25-1846 has been consolidated with the originating petition (Case

No. 25-1595) and the petition transferred to this court pursuant to the July 3, 2025 consolidation order from the United States Judicial Panel on Multidistrict Litigation (Case No. 25-1642). The court has designated In re: MCP 197, Case No. 25-8019, as the lead case for all the petitions.

Counsel are directed to the procedures below.

## **Bar Membership and ECF Filing**

In order to file motions, pleadings, or briefs on behalf of a party, the filer must be registered with the court's Case Management Electronic Case Files system (CM/ECF). Further, any attorney filing motions, pleadings, or briefs or participating in oral argument must be admitted to the bar of this court and file an appearance form. See 1st Cir. R. 46.0(a)(2). As a preliminary step, attorneys seeking admission to the court's bar are required to submit their bar application and pay the admission fee electronically using the court's Case Management Electronic Case Files system. See 1st Cir. R. 46.0(a)(1).

Further information about registering for CM/ECF filing in this court and joining the court's bar is available through the court's website at www.ca1.uscourts.gov, using the "Attorneys & Litigants" tab and selecting "Attorney Admissions." Counsel may contact the Clerk's Office with any questions regarding the attorney admission process and CM/ECF registration.

All filings in this proceeding will be made by counsel using CM/ECF and as provided by applicable orders. Filings should designate both the lead case number (In re: MCP 197, Appeal No. 25-8019) and the case number assigned to the individual member case in this court. When filing in CM/ECF, filers should select only their individual case number and the lead case number. In the event errors are made in selecting cases when docketing, misfiled documents may be stricken with instructions for correction by counsel.

Preliminary deadlines for entries of appearance and docketing statements will be set in each individual review proceeding. Accordingly, counsel for the parties to each review proceeding shall enter their appearance in both the proceeding to which they are a party and in the lead case. The petitioner(s) in each individual review proceeding shall file a docketing statement in that proceeding and in the lead case.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Lyle T. Leonard, Alex Hemmer, Emma Akrawi, Adam D. Kirschner, Seth Schofield, Peter N. Surdo, Nell Maria Miano Hryshko, Anjana Samant, Ashley Marie Gregor, Paul Garrahan, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Myriam Zreczny Kasper, Jessica B. Brown, Susan Paulson, Lia

Comerford, David Pettit, Julia Kathryn Forgie, Atid B. Kimelman, Joshua Aries Berman, Sean H. Donahue, Andrew Philip Su, Megan M. Herzog, Thomas Pulham, Steven H. Hazel, Paul D Clement, Nicholas Albert Aquart, C. Harker Rhodes IV, Daniel Jacob Feith, Brooklyn Hildebrandt, Justin A. Savage, Timothy K. Webster, James R. Conde, James Wedeking, Cody S. Barnett, Matthew F. Kuhn, Jacob M. Abrahamson, Eric H. Wessan, Michael Ray Williams, Meghan Greenfield