IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, et al.,<br>  Petitioners,<br><br>v.<br><br>United States National Highway Traffic<br>  Safety Administration, et al.,<br>  Respondents. | Nos. 25-1595, 25-1642,<br>25-1846, 25-8019 |

# NOTICE OF FILING OF CERTIFIED INDEX OF RECORD

Respondents, the United States National Highway Traffic Safety Administration et al., hereby submit a certified index to the administrative record in these consolidated cases.

                                                    Respectfully submitted,

                                                    THOMAS PULHAM

                                                    */s/ Steven H. Hazel*
                                                    STEVEN H. HAZEL
                                                      202.514.2498
                                                       Attorneys, Appellate Staff
                                                       Civil Division, Room 7217
                                                      Department of Justice
                                                      950 Pennsylvania Ave. NW
                                                      Washington, D.C.  20530

October 2025

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                              *Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY<br>ADMINISTRATION, et al.;<br><br>                              *Respondents.*<br><br>CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>                              *Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY<br>ADMINISTRATION, et al.;<br><br>                              *Respondents.* | Case No. 25-8019 (and consolidated cases) |

## NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION'S
## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

      I, Seiar Zia, am the Deputy Chief of the Fuel Economy Division of the Office of Rulemaking of the National Highway Traffic Safety Administration (NHTSA), an operating administration of the U.S. Department of Transportation.

      I hereby certify, to the best of my knowledge and belief, that the materials identified in the attached index comprise the administrative record for the interpretive rule entitled Resetting the

Corporate Average Fuel Economy Program, which was published at 90 Fed. Reg. 24,518 (June 11, 2025) and is the subject of the above-captioned petitions for review.

Executed on this 3rd day of October, 2025.

*[signature]*

Seiar Zia, Deputy Chief
Fuel Economy Division
Office of Rulemaking
National Highway Traffic Safety Administration
U.S. Department of Transportation

| Document ID | Record Title | Record Type |
|---|---|---|
| NHTSA-0001 | *Unleashing American Energy*, Executive Order 14154 of January 20, 2025, 90 FR 8353 (Jan. 29, 2025) | Executive Order |
| NHTSA-0002 | Memorandum from the Secretary of Transportation to Office of the Administrator of the National Highway Traffic Safety Administration (NHTSA), Office of the Assistant Secretary for Policy (OST–P) and Office of the General Counsel (OGC) (Jan. 28, 2025), available at https://www.transportation.gov/sites/dot.gov/files/2025-01/Signed%20Secretarial%20Memo%20re%20Fixing%20the%20CAFE%20Program.pdf. | Memorandum |
| NHTSA-0003 | H.R. Rep. No. 94–340 (1975) | Legislative History |
| NHTSA-0004 | 134 Cong. Rec. H25122 (Sept. 23, 1988) (statement of Rep. Sharp) | Legislative History |
| NHTSA-0005 | 134 Cong. Rec. H25124 (Sept. 23, 1988) (statement of Rep. Dingell) | Legislative History |
| NHTSA-0006 | H.R. Rep. No. 102–474, at 35 (1992) | Legislative History |
| NHTSA-0007 | *Initial Rescissions of Harmful Executive Orders and Actions*, Executive Order 14148 of January 20, 2025, 90 FR 8237 (Jan. 28, 2025) | Executive Order |
| NHTSA-0008 | *Ensuring Lawful Governance and Implementing the President's ''Department of Government Efficiency'' Deregulatory Initiative*, Executive Order 14219 of February 19, 2025, 90 FR 10583 (Feb. 25, 2025) | Executive Order |
| NHTSA-0009 | Rulemaking Support Paper Concerning the 1981–1984 Passenger Auto Average Fuel Economy Standards (July 1977) | Supporting Document |
| NHTSA-0010 | NHTSA and EPA, *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Years 2021-2026 Passenger Cars and Light Trucks*, 85 FR 24174 (Apr. 30, 2020) | Rulemaking Notice |
| NHTSA-0011 | NHTSA, *Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, 89 FR 52540 (June 24, 2024) | Rulemaking Notice |
| NHTSA-0012 | *Regulatory Planning and Review*, Executive Order 12866 of September 30, 1993, 58 FR 51735 (Oct. 4, 1993) | Executive Order |
| NHTSA-0013 | OMB Circular A–4 (September 17, 2003) | Memorandum |
| NHTSA-0014 | NHTSA and EPA, *Final Regulatory Impact Analysis,* The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule for Model Year 2021 – 2026 Passenger Cars and Light Trucks, Doc. ID NHTSA-2018-0067-12636 (Mar. 2020) | Supporting Document |
| NHTSA-0015 | NHTSA, *Technical Support Document*, Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond, NHTSA-2023-0022-63267 (June 2024) | Supporting Document |
| NHTSA-0016 | NHTSA, *Final Regulatory Impact Analysis*, Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond, NHTSA-2023-0022-63268 (June 2024) | Supporting Document |
| NHTSA-0017 | California Air Resources Board, *Section 177 State Regulation Dashboard* (Apr. 2025), available at https://ww2.arb.ca.gov/our-work/programs/advanced-clean-cars-program/states-have-adopted-californias-vehicle-regulations | Supporting Document |
| NHTSA-0018 | NHTSA, CAFE Public Information Center, *https://www.nhtsa.gov/corporate-average-fuel-economy/cafe-public-information-center* (Light Duty Reports) | Supporting Document |
| NHTSA-0019 | NHTSA and EPA, *2017 and Later Model Year Light-Duty Vehicle Greenhouse Gas Emissions and Corporate Average Fuel Economy Standards*, 77 FR 62624 (Oct. 15, 2012) | Rulemaking Notice |
| NHTSA-0020 | USCA Case #22–1080, Document #1991134, at 91 (filed March 21, 2023) | Supporting Document |
| NHTSA-0021 | NHTSA, *Corporate Average Fuel Economy Standards for Model Years 2024-2026 Passenger Cars and Light Trucks*, 87 FR 25710 (May 2, 2022) | Rulemaking Notice |
| NHTSA-0022 | American Heritage Dictionary 313 (2d ed. 1985) | Supporting Document |
| NHTSA-0023 | NHTSA and EPA, *Greenhouse Gas Emissions Standards and Fuel Efficiency Standards for Medium- and Heavy-Duty Engines and Vehicles*, 76 FR 57106 (Sept. 15, 2011) | Rulemaking Notice |
| NHTSA-0024 | NHTSA, CAFE Public Information Center, *https://www.nhtsa.gov/corporate-average-fuel-economy/cafe-public-information-center* (Medium- and Heavy-Duty Reports) | Supporting Document |

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I filed and served the foregoing certified index with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel
