# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.;<br><br>*Respondents*. | Case No. 25-8019 (and consolidated cases) |
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.;<br><br>*Respondents*. | |
| ZERO EMISSION TRANSPORTATION ASSOCIATION,<br><br>*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.;<br><br>*Respondents*. | |

## UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Petitioners in these consolidated cases respectfully request that the Court

partially toll the briefing schedule while their Unopposed Motion for Abeyance,

1

filed with this motion, is under consideration by the Court. Petitioners have conferred with Respondents, and Respondents do not oppose this motion.

Prior to the lapse in appropriations for the U.S. Department of Justice, the State and Local Government Petitioners (Case No. 25-1595), the Public Interest Organization Petitioners (Case No. 25-1642), the Zero Emission Transportation Association (Case No. 25-1846), and Respondents had been actively discussing whether to file a joint motion to hold these consolidated cases in abeyance. *See* ECF No. 118333520, at 2. The parties were hoping to file any such motion before the certification of the administrative record triggered the default briefing schedule under Local Rule 31.0, but the federal government shutdown and other developments necessitated filing the Unopposed Motion for Abeyance after the certification of the record. Under Local Rule 31.0 and Fed. R. App. P. 31(a)(1), Petitioners now have 40 days from October 3 to file their opening briefs.

In order to provide certainty to the parties in preparing their briefing and to promote an economical use of party resources, Petitioners request that the briefing schedule be partially tolled, solely as to the Petitioners' common challenge to the EV Restriction's proper statutory interpretation on which they seek abeyance, *see* ECF No. 00118350641, at 6, until the Unopposed Motion for Abeyance is decided.

WHEREFORE, the State and Local Government Petitioners and Public Interest Organization Petitioners request that their opening briefs be due 40 days

after the Court's order on that Motion (to the extent these cases or any part of these cases are not placed in abeyance). ZETA intends to file its opening brief as to NHTSA's compliance and enforcement actions on November 12, 2025, under Rule 31's default briefing schedule, but requests that its briefing on the EV Restriction be subject to the same schedule as the other Petitioners. ZETA's briefs, combined, will not exceed the applicable word limits under Fed. R. App. P. 32(a)(7) or any modified word limits ordered by the Court.


Dated:  October 8, 2025                                Respectfully Submitted,


                                                       **Rob Bonta**
                                                       Attorney General of California

                                                       By: *Theodore McCombs*
                                                       THEODORE A. MCCOMBS
                                                       Deputy Attorney General
                                                       Office of the Attorney General
                                                       600 West Broadway, Suite 1800
                                                       San Diego, CA 92101
                                                       Tel.: (619) 738-9003
                                                       Theodore.McCombs@doj.ca.gov

                                                       *Lead counsel for State and Local
                                                       Government Petitioners*

/s/ *David Pettit*
DAVID PETTIT
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
dpettit@biologicaldiversity.org

LIA COMERFORD
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6420
lcomerford@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

/s/ *Megan M. Herzog*
SEAN H. DONAHUE
MEGAN M. HERZOG
Donahue, Goldberg & Herzog
1008 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: (650) 353-8719
sean@donahuegoldberg.com
megan@donahuegoldberg.com

ANDREW P. SU
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Tel: (303) 447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

/s/ *Julia K. Forgie*
JULIA K. FORGIE
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2351
jforgie@nrdc.org

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ *Joshua A. Berman*
JOSHUA A. BERMAN
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org

*Counsel for Sierra Club*

<u>*/s/ Meghan E. Greenfield*</u>
MEGHAN E. GREENFIELD
ELIZABETH H. STARR
Jenner & Block LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
Tel.: (202) 637-6000
mgreenfield@jenner.com

*Counsel for Zero Emission*
*Transportation Association*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

1.      This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding parts of the document exempted by Fed. R. App. P. 32(f), the brief contains 356 words and thus does not exceed the 5,200 word limit.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(b) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Times New Roman that is at least 14 points.

Dated: October 8, 2025

                                        /s/ Theodore McCombs
                                        THEODORE A. MCCOMBS

**CERTIFICATE OF SERVICE**

I hereby certify that on this October 8, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: October 8, 2025

*/s/ Theodore McCombs*
Theodore McCombs
