# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Petitioners*, <br><br> v. <br><br> NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.; <br><br> *Respondents*. | Case No. 25-8019 (and consolidated cases) |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> *Petitioners*, <br><br> v. <br><br> NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.; <br><br> *Respondents*. | |
| ZERO EMISSION TRANSPORTATION ASSOCIATION, <br><br> *Petitioners*, <br><br> v. <br><br> NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.; <br><br> *Respondents*. | |

## UNOPPOSED MOTION TO EXPEDITE CONSIDERATION OF UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE

The State and Local Government Petitioners and Public Interest

Organization Petitioners in these consolidated cases respectfully request that the

1

Court expedite consideration of their October 8, 2025 motion to partially toll the briefing schedule while the Court decides the parties' abeyance motions. Movant Petitioners have conferred with Petitioner ZETA and Respondents, and they do not oppose this motion.

All parties have filed motions to place these petitions fully or partially in abeyance pending the National Highway Traffic Safety Administration (NHTSA) finalizing amendments to federal fuel-economy standards. *See* ECF No. 118350641 (Oct. 8 unopposed petitioners' motion for partial abeyance); ECF No. 118354704 (Oct. 17 respondents' motion for full abeyance); ECF No. 118358667 (petitioner ZETA's response to respondents' motion). The parties were hoping to place the statutory interpretation issue common to all petitioners' challenges in abeyance before the certification of the administrative record triggered the default briefing schedule under Local Rule 31.0, but the federal government shutdown and other developments necessitated filing the motions after certification of the record. Under Local Rule 31.0 and Fed. R. App. P. 31(a)(1), Petitioners' opening briefs may be due on November 12, 2025, although the Court has not issued any briefing schedule.

In order to provide certainty to the parties and to promote an economical use of party resources, Petitioners requested, contemporaneously with their October 8, 2025 abeyance motion, that the briefing schedule be partially tolled, solely as to

2

the Petitioners' common statutory interpretation issue, until that motion is decided. ECF No. 118350770. However, the Court has not acted on that unopposed motion for extension, and opening briefs may be due in less than two weeks.

  WHEREFORE, the State and Local Government Petitioners and Public Interest Organization Petitioners request that the Court expeditiously grant their Oct. 8, 2025 Unopposed Motion for Extension of the Briefing Schedule.

Dated: October 31, 2025       Respectfully Submitted,

                **Rob Bonta**
                Attorney General of California

                By: *Theodore McCombs*
                THEODORE A. MCCOMBS
                Deputy Attorney General
                Office of the Attorney General
                600 West Broadway, Suite 1800
                San Diego, CA 92101
                Tel.: (619) 738-9003
                Theodore.McCombs@doj.ca.gov

                *Lead counsel for State and Local Government Petitioners*

/s/ *David Pettit*
DAVID PETTIT
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
dpettit@biologicaldiversity.org

LIA COMERFORD
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6420
lcomerford@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

/s/ *Megan M. Herzog*
SEAN H. DONAHUE
MEGAN M. HERZOG
Donahue, Goldberg & Herzog
1008 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: (650) 353-8719
sean@donahuegoldberg.com
megan@donahuegoldberg.com

ANDREW P. SU
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Tel: (303) 447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

/s/ *Julia K. Forgie*
JULIA K. FORGIE
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2351
jforgie@nrdc.org

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ *Joshua A. Berman*
JOSHUA A. BERMAN
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org

*Counsel for Sierra Club*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

1.      This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding parts of the document exempted by Fed. R. App. P. 32(f), the brief contains 313 words and thus does not exceed the 5,200 word limit.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(b) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Times New Roman that is at least 14 points.

Dated: October 31, 2025

                                             /s/ Theodore McCombs
                                          THEODORE A. MCCOMBS

## CERTIFICATE OF SERVICE

I hereby certify that on this October 31, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: October 31, 2025

                                                                               */s/ Theodore McCombs*
                                                                               Theodore McCombs