IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.,<br><br>　　　　　　　　*Respondents*. | Case No. 25-8019 (and consolidated cases) |
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　　　　*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.,<br><br>　　　　　　　　*Respondents*. | |
| ZERO EMISSION TRANSPORTATION ASSOCIATION,<br><br>　　　　　　　　*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, et al.,<br><br>　　　　　　　　*Respondents*. | |

**NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF
BRIEFING SCHEDULE AND MOTION TO EXPEDITE**

The Petitioners in these consolidated cases hereby withdraw their October 8,

2025 unopposed motion to partially toll the briefing schedule, and the State and

1

Local Government Petitioners and Public Interest Organization Petitioners hereby withdraw their October 31, 2025 unopposed motion to expedite consideration of the same. On November 6, 2025, the undersigned counsel for the State and Local Government Petitioners spoke with the case manager for these consolidated cases in the Clerk's Office and was informed that, notwithstanding Local Rule 31.0 and Fed. R. App. P. 31(a)(1), there is no active deadline for the Petitioners' opening briefs until the Court orders a briefing schedule, though Petitioners may file their briefs voluntarily. Petitioners' counsel has conferred with counsel for Respondents and for the proposed Respondent-Intervenors, who confirmed their understanding that there is no current opening brief deadline. Accordingly, there is no need to extend the briefing schedule or to expedite consideration of Petitioners' extension request.

    WHEREFORE, on that basis, Petitioners withdraw their motions, ECF Nos. 00118350770 and 00118361109.

Dated:  November 10, 2025

Respectfully Submitted,

**Rob Bonta**
Attorney General of California

By:  *Theodore McCombs*
THEODORE A. MCCOMBS
Deputy Attorney General
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel.: (619) 738-9003
Theodore.McCombs@doj.ca.gov

*Lead counsel for State and Local Government Petitioners*

/s/ *David Pettit*
DAVID PETTIT
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
dpettit@biologicaldiversity.org

LIA COMERFORD
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6420
lcomerford@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

/s/ *Megan M. Herzog*
SEAN H. DONAHUE
MEGAN M. HERZOG
Donahue, Goldberg & Herzog
1008 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: (650) 353-8719
sean@donahuegoldberg.com
megan@donahuegoldberg.com

ANDREW P. SU
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Tel: (303) 447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

<div style="display: flex;">

<div>

*/s/ Julia K. Forgie*
JULIA K. FORGIE
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2351
jforgie@nrdc.org

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Natural Resources Defense Council*


*/s/ Meghan E. Greenfield*
MEGHAN E. GREENFIELD
ELIZABETH H. STARR
Jenner & Block LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
Tel.: (202) 637-6000
mgreenfield@jenner.com

*Counsel for Zero Emission Transportation Association*

</div>

<div>

*/s/ Joshua A. Berman*
JOSHUA A. BERMAN
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org

*Counsel for Sierra Club*

</div>

</div>

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

1. This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding parts of the document exempted by Fed. R. App. P. 32(f), the notice contains 181 words and thus does not exceed the 5,200 word limit.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(b) because the brief has been prepared in proportionally spaced typeface using Microsoft Word word-processing system in Times New Roman that is at least 14 points.

Dated: November 10, 2025

                                                           */s/ Theodore McCombs*
                                                           THEODORE A. MCCOMBS

## CERTIFICATE OF SERVICE

I hereby certify that on this November 10, 2025, I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: November 10, 2025

                                                    */s/ Theodore McCombs*
                                                    Theodore McCombs