# United States Court of Appeals
## For the First Circuit

_____

No. 25-8019

In Re: MCP 197

_____

No. 25-1595

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

_____

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

No. 25-1846

ZERO EMISSION TRANSPORTATION ASSOCIATION,

Petitioner,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel and Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

## ORDER OF COURT

Entered: November 19, 2025

This matter, which consists of four consolidated agency-review proceedings, is before the court on several motions and papers concerning intervention and potentially placing the matter in abeyance, either in part or in full. We have considered each of these filings and the requests set out therein. The filings are resolved as follows:

1) the pending motions to intervene are <u>granted</u>, and the moving parties may intervene on behalf of respondents as requested; this ruling is subject to revisitation by the ultimate merits panel;

2) the matter, in full, will be held in abeyance pending further order of court; the parties should file joint status reports at 30-day intervals, the first due 30 days from entry of this order, updating the court on the status of new rulemaking and any other developments relevant for purposes of this matter;

3) any request that the matter be expedited in part is <u>denied</u>; and

4) the parties, including the intervenors, should be prepared to promptly and jointly propose a briefing schedule once the court has entered an order lifting abeyance; further directions will be provided in the eventual order lifting abeyance.

Regarding the matter of abeyance, the court has considered carefully the argument(s) that the court should impose only a partial abeyance. Based on the specific arguments placed before the court and based on concerns of efficiency and case-manageability, we conclude that placing the full matter in abeyance is the most appropriate course at this juncture.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Lyle T. Leonard, Alex Hemmer, Emma Akrawi, Adam D. Kirschner, Seth Schofield, Peter N. Surdo, Nell Maria Miano Hryshko, Anjana Samant, William Grantham, Ashley Marie Gregor, Paul Garrahan, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Myriam Zreczny Kasper, Jessica B. Brown, Susan Paulson, Lia Comerford, David Pettit, Julia Kathryn Forgie, Atid B. Kimelman, Joshua Aries Berman, Sean H. Donahue, Andrew Philip Su, Megan M. Herzog, Thomas Pulham, Steven H. Hazel, Paul D Clement, Nicholas Albert Aquart, C. Harker Rhodes IV, Daniel Jacob Feith, Brooklyn Hildebrandt, Justin A. Savage, Timothy K. Webster, James R. Conde, James Wedeking, Cody S. Barnett, Matthew F. Kuhn, Jacob M. Abrahamson, Eric H. Wessan, Michael Ray Williams, Meghan Greenfield