# United States Court of Appeals
## For the First Circuit

---

No. 25-8019

In Re: MCP 197

---

No. 25-1595

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

---

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

No. 25-1846

ZERO EMISSION TRANSPORTATION ASSOCIATION,

Petitioner,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel and Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**ORDER OF COURT**

Entered: November 21, 2025
Pursuant to 1st Cir. R. 27.0(d)

In light of the court's November 19, 2025, order, Petitioner Zero Emission Transportation Association's (ZETA's) motion to file a deferred appendix is denied without prejudice to refiling, if necessary, once the abeyance is lifted and a briefing schedule enters in these matters. Petitioner ZETA's November 12, 2025, brief will remain tendered, and ZETA may tender a new brief or file a written statement indicating its intent to rely on the November 12, 2025, submission upon the entry of a post-abeyance briefing schedule.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Lyle T. Leonard, Alex Hemmer, Emma Akrawi, Adam D. Kirschner, Seth Schofield, Peter N. Surdo, Nell Maria Miano Hryshko, Anjana Samant, William Grantham, Ashley Marie Gregor, Paul Garrahan, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Myriam Zreczny Kasper, Jessica B. Brown, Susan Paulson, Lia Comerford, David Pettit, Julia Kathryn Forgie, Atid B. Kimelman, Joshua Aries Berman, Sean H. Donahue, Andrew Philip Su, Megan M. Herzog, Thomas Pulham, Steven H. Hazel, Paul D Clement, Nicholas Albert Aquart, C. Harker Rhodes IV, Daniel Jacob Feith, Brooklyn Hildebrandt, Justin A. Savage, Timothy K. Webster, James R. Conde, James Wedeking, Cody S. Barnett, Matthew F. Kuhn, Jacob M. Abrahamson, Eric H. Wessan, Michael Ray Williams, Meghan Greenfield