IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, et al.,<br>　　Petitioners,<br><br>　　　　　v.<br><br>National Highway Traffic Safety<br>　Administration, et al.,<br>　　Respondents. | Nos. 25-1595, 25-1642,<br>　25-1846, 25-8019 |

**JOINT STATUS REPORT**

Pursuant to this Court's November 19, 2025, Order, the parties respectfully submit the following status report.

1. These consolidated cases involve three petitions for review of a rule issued by the Department of Transportation's National Highway Traffic Safety Administration (NHTSA). *See* Resetting the Corporate Average Fuel Economy Program, 90 Fed. Reg. 24,518 (June 11, 2025). That Rule "set[s] forth the agency's interpretation of the factors the agency is prohibited from considering when setting maximum feasible fuel economy standards" under the Energy Policy and Conservation Act. *Id.* at 24, 518; *see* 49 U.S.C. § 32902.

2. On November 19, 2025, this Court placed these cases in abeyance and directed the parties to file joint status reports every 30 days describing "the status of new rulemaking and any other developments relevant for purposes of this matter." As described in the government's abeyance motion, NHTSA is engaging in rulemaking to update fuel-economy standards to account for the Rule's statutory interpretation. On December 5, 2025, NHTSA published a notice of proposed rulemaking that, if finalized, would amend fuel-economy standards for light-duty vehicles for model years 2022-2031. *See The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, 90 Fed. Reg. 56,438 (Dec. 5, 2025). The agency is holding a public hearing on the proposal on January 7, 2026, *see* 90 Fed. Reg. 57,726, and comments must be submitted by January 20, 2026, *see* 90 Fed. Reg. 56,438, 56,438.

3. The parties will continue to provide status reports every 30 days, consistent with this Court's order.

          Respectfully submitted,

          THOMAS PULHAM

          */s/ Steven H. Hazel*
          STEVEN H. HAZEL
           202.514.2498
           Attorneys, Appellate Staff
           Civil Division, Room 7217
           Department of Justice
           950 Pennsylvania Ave. NW
           Washington, D.C.  20530

| FOR THE STATE OF CALIFORNIA | FOR THE COMMONWEALTH OF MASSACHUSETTS |
|---|---|
| ROB BONTA<br>Attorney General | ANDREA JOY CAMPBELL<br>Attorney General |
| ANNADEL A. ALMENDRAS<br>Senior Asst. Attorney General<br>DENNIS L. BECK, JR.<br>Acting Senior Asst. Attorney General<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br>DAVID ZAFT<br>Acting Supervising Deputy Attorney Ge | */s/ Seth Schofield*<br>SETH SCHOFIELD<br>Senior Appellate Counsel<br>JON WHITNEY<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr. |
| */s/ Theodore A. McCombs*<br>THEODORE A. MCCOMBS<br>Deputy Attorney General<br>(619) 738-9003<br>theodore.mccombs@doj.ca.gov | Boston, Mass. 02108<br>(617) 727-2200<br>seth.schofield@mass.gov<br>jon.whitney@mass.gov |

FOR THE STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General

/s/ *Andy McCoy*
ANDY MCCOY
Environmental Protection Unit
Office of the Attorney General for the State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 515-1392
andy.mccoy@azag.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

MATTHEW I. LEVINE
Deputy Associate Attorney General

/s/ *Scott N. Koschwitz*
SCOTT N. KOSCHWITZ
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
scott.koschwitz@ct.gov

FOR THE STATE OF COLORADO

PHILIP J. WEISER
Attorney General

/s/ *Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Colorado Department of Law
Natural Resources and Environment
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6528
carrie.noteboom@coag.gov

FOR THE STATE OF DELAWARE
KATHLEEN JENNINGS
Attorney General

/s/ *Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

| | |
|---|---|
| FOR THE DISTRICT OF COLUMBIA | FOR THE STATE OF HAWAI'I |
| BRIAN L. SCHWALB<br>Attorney General | ANNE E. LOPEZ<br>Attorney General |
| /s/ Caroline S. Van Zile<br>CAROLINE S. VAN ZILE<br>Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street N.W., Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov | /s/ Lyle T. Leonard<br>LYLE T. LEONARD<br>Deputy Attorney General<br>465 S. King Street, #200<br>Honolulu, Hawaii 96813<br>(808) 587-3050<br>lyle.t.leonard@hawaii.gov |
| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MAINE |
| KWAME RAOUL<br>Attorney General | AARON M. FREY<br>Attorney General |
| /s/ Jason E. James<br>JASON E. JAMES<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/<br>Asbestos Litigation Division<br>Office of the Attorney General<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(217) 843-0322<br>jason.james@ilag.gov | /s/ Emma Akrawi<br>EMMA AKRAWI<br>Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>Emma.Akrawi@maine.gov |

/s/ David Pettit
DAVID PETTIT
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
dpettit@biologicaldiversity.org

LIA COMERFORD
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6420
lcomerford@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

/s/ Julia K. Forgie
JULIA K. FORGIE
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2351
jforgie@nrdc.org

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Megan M. Herzog
SEAN H. DONAHUE
MEGAN M. HERZOG
Donahue, Goldberg & Herzog

1008 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: (650) 353-8719
sean@donahuegoldberg.com
megan@donahuegoldberg.com

ANDREW P. SU
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Tel: (303) 447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

/s/ Joshua A. Berman
JOSHUA A. BERMAN
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org

Counsel for Sierra Club

/s/ Meghan E. Greenfield
Meghan E. Greenfield
Jenner & Block LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com

*Counsel for the Zero Emission Transportation Association*

/s/ James R. Conde
Michael Buschbacher
James R. Conde
James R. Wedeking
Laura B. Ruppalt
Nicholas A. Cordova
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce and Corn Gowers Associations*

/s/ Paul D. Clement
Paul D. Clement
C. Harker Rhodes IV
Nicholas A. Aquart
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for American Petroleum Institute*

/s/ Daniel J. Feith
Justin A. Savage
Timothy K. Webster
Daniel J. Feith
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8000
dfeith@sidley.com

Brooklyn Hildebrandt
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
213-896-6000

*Counsel for American Fuel & Petrochemical Manufacturers*

December 2025

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this report complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 263 words, according to the count of Microsoft Word.

                                                  */s/ Steven H. Hazel*
                                                Steven H. Hazel

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                */s/ Steven H. Hazel*  
                                                Steven H. Hazel