# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-8019, 25-1642   **Short Title:** In re: MCP 197; Center for Biological Diversity et al. v. NHTSA;

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Center for Biological Diversity _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✔] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ David Pettit
Signature

12/19/2025
Date

David Pettit
Name

Center for Biological Diversity
Firm Name (if applicable)

(510) 844-7100
Telephone Number

2100 Franklin Street, Suite 375
Address

(510) 844-7150
Fax Number

Oakland, CA 94612
City, State, Zip Code

dpettit@biologicaldiversity.org
Email (required)

Court of Appeals Bar Number: 1218614

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes  Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).