IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, et al.,<br>    Petitioners,<br><br>v.<br><br>National Highway Traffic Safety<br>   Administration, et al.,<br>    Respondents. | Nos. 25-1595, 25-1642,<br>25-1846, 25-8019 |

**CORRECTED JOINT STATUS REPORT**

Pursuant to this Court's November 19, 2025, Order, the parties respectfully submit the following status report.

1. These consolidated cases involve three petitions for review of a rule issued by the Department of Transportation's National Highway Traffic Safety Administration (NHTSA). *See* Resetting the Corporate Average Fuel Economy Program, 90 Fed. Reg. 24,518 (June 11, 2025). That Rule "set[s] forth the agency's interpretation of the factors the agency is prohibited from considering when setting maximum feasible fuel economy standards" under the Energy Policy and Conservation Act. *Id*. at 24, 518; *see* 49 U.S.C. § 32902.

2. On November 19, 2025, this Court placed these cases in abeyance and directed the parties to file joint status reports every 30 days describing "the

status of new rulemaking and any other developments relevant for purposes of this matter." As described in the government's abeyance motion, NHTSA is engaging in rulemaking to update fuel-economy standards to account for the Rule's statutory interpretation. On December 5, 2025, NHTSA published a notice of proposed rulemaking that, if finalized, would amend fuel-economy standards for light-duty vehicles for model years 2022-2031. *See The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, 90 Fed. Reg. 56,438 (Dec. 5, 2025). The agency is holding a public hearing on the proposal on January 7, 2026, *see* 90 Fed. Reg. 57,726, and comments must be submitted by January 20, 2026, *see* 90 Fed. Reg. 56,438, 56,438.

    3. The parties will continue to provide status reports every 30 days, consistent with this Court's order.

Respectfully submitted,

                                      THOMAS PULHAM

                                      */s/ Steven H. Hazel*
                                      STEVEN H. HAZEL
                                          202.514.2498
                                          Attorneys, Appellate Staff
                                          Civil Division, Room 7217
                                          Department of Justice
                                          950 Pennsylvania Ave. NW
                                          Washington, D.C.  20530

| FOR THE STATE OF CALIFORNIA | FOR THE COMMONWEALTH OF MASSACHUSETTS |
|---|---|
| ROB BONTA<br>Attorney General | ANDREA JOY CAMPBELL<br>Attorney General |
| ANNADEL A. ALMENDRAS<br>Senior Asst. Attorney General<br>DENNIS L. BECK, JR.<br>Acting Senior Asst. Attorney General<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br>DAVID ZAFT<br>Acting Supervising Deputy Attorney General | */s/ Seth Schofield*<br>SETH SCHOFIELD<br>Senior Appellate Counsel<br>JON WHITNEY<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, Mass. 02108<br>(617) 727-2200<br>seth.schofield@mass.gov<br>jon.whitney@mass.gov |
| */s/ Theodore A. McCombs*<br>THEODORE A. MCCOMBS<br>Deputy Attorney General<br>(619) 738-9003<br>theodore.mccombs@doj.ca.gov | |

| | |
|---|---|
| FOR THE STATE OF ARIZONA | FOR THE STATE OF COLORADO |
| KRISTIN K. MAYES<br>Attorney General | PHILIP J. WEISER<br>Attorney General |
| */s/ Andy McCoy*<br>ANDY MCCOY<br>Environmental Protection Unit<br>Office of the Attorney General for the State of Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004<br>(602) 515-1392<br>andy.mccoy@azag.gov | */s/ Carrie Noteboom*<br>CARRIE NOTEBOOM<br>Assistant Deputy Attorney General<br>Colorado Department of Law<br>Natural Resources and Environment<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6528<br>carrie.noteboom@coag.gov |
| FOR THE STATE OF CONNECTICUT | FOR THE STATE OF DELAWARE |
| WILLIAM TONG<br>Attorney General | KATHLEEN JENNINGS<br>Attorney General |
| */s/ Matthew Levine*<br>MATTHEW I. LEVINE<br>Deputy Associate Attorney General<br>SCOTT N. KOSCHWITZ<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>(860) 808-5250<br>matthew.levine@ct.gov | */s/ Vanessa L. Kassab*<br>IAN R. LISTON<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov |

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
Attorney General

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street N.W., Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE STATE OF HAWAI'I

ANNE E. LOPEZ
Attorney General

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Alex Hemmer*
ALEX HEMMER
Deputy Solicitor General
MATTHEW J. DUNN
Chief, Environmental Enforcement/ Asbestos Litigation Division
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
alex.hemmer@ilag.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

5

| FOR THE STATE OF MARYLAND | FOR THE STATE OF MINNESOTA |
|---|---|
| ANTHONY G. BROWN<br>Attorney General | KEITH ELLISON<br>Attorney General |
| */s/ Michael F. Strande*<br>MICHAEL F. STRANDE<br>Assistant Attorney General<br>Maryland Dept. of the Environment<br>1800 Washington Blvd.<br>Baltimore, MD 21230<br>(410) 537-3421<br>Michael.Strande@maryland.gov | */s/ Peter Surdo*<br>PETER N. SURDO<br>Special Assistant Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2127<br>(651) 757-1061<br>peter.surdo@ag.state.mn.us |
| ADAM D. KIRSCHNER<br>Assistant Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6424<br>akirschner@oag.state.md.us | |

| FOR THE STATE OF NEW JERSEY | FOR THE STATE OF NEW MEXICO |
|---|---|
| MATTHEW J. PLATKIN<br>Attorney General | RAÚL TORREZ<br>ATTORNEY GENERAL |
| */s/ Nell Hryshko*<br>NELL HRYSHKO<br>Deputy Attorney General<br>Division of Law<br>25 Market St., P.O. Box 093<br>Trenton, NJ 08625<br>(609) 376-2735<br>nell.hryshko@law.njoag.gov | */s/ William Grantham*<br>WILLIAM GRANTHAM<br>ANJANA SAMANT<br>Assistant Attorneys General<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 717-3520<br>wgrantham@nmdoj.gov |

<div style="columns:2">

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
Attorney General

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Environment and Energy Unit Chief
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
Attorney General

*/s/ Alexandria Doolittle*
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

</div>

7

| FOR THE STATE OF WISCONSIN | FOR THE CITY OF CHICAGO |
|---|---|
| JOSHUA L. KAUL<br>Attorney General | MARY B. RICHARDSON-LOWRY<br>Corporation Counsel |
| */s/ Gabe Johnson-Karp*<br>GABE JOHNSON-KARP<br>JENNIFER S. LIMBACH<br>Assistant Attorneys General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 267-8904<br>(608) 266-8940<br>Gabe.Johnson-Karp@wisdoj.gov<br>Jennifer.Limbach@wisdoj.gov | */s/ Myriam Zreczny Kasper*<br>MYRIAM ZRECZNY KASPER<br>Deputy Corporation Counsel –<br>Appeals Division<br>City of Chicago Law Department<br>2 North LaSalle Street, Suite 540<br>Chicago, IL 60602<br>(312) 744-3564<br>Myriam.Kasper@cityofchicago.org |
| FOR THE CITY OF LOS ANGELES | FOR THE CITY OF NEW YORK |
| HYDEE FELDSTEIN SOTO<br>Los Angeles City Attorney | MURIEL GOODE-TRUFANT<br>CORPORATION COUNSEL |
| */s/ Jessica B. Brown*<br>Jessica B. Brown<br>Assistant City Attorney<br>Public Rights Branch<br>Office of the Los Angeles City Attorney<br>201 N. Figueroa St., 13th Floor<br>Los Angeles, CA 90012<br>(213) 978-1864<br>Jessica.Brown@lacity.org | ALICE R. BAKER<br>Senior Counsel<br><br>*/s/ Christopher G. King*<br>CHRISTOPHER G. KING<br>Senior Counsel<br>SUSAN PAULSON<br>New York City Law Department<br>100 Church Street<br>New York, New York<br>(212) 356-2074<br>cking@law.nyc.gov |

/s/ David Pettit
DAVID PETTIT
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
dpettit@biologicaldiversity.org

LIA COMERFORD
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6420
lcomerford@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

/s/ Julia K. Forgie
JULIA K. FORGIE
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2351
jforgie@nrdc.org

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Megan M. Herzog
SEAN H. DONAHUE
MEGAN M. HERZOG
Donahue, Goldberg & Herzog

1008 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: (650) 353-8719
sean@donahuegoldberg.com
megan@donahuegoldberg.com

ANDREW P. SU
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Tel: (303) 447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

/s/ Joshua A. Berman
JOSHUA A. BERMAN
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org

Counsel for Sierra Club

/s/ Meghan E. Greenfield
Meghan E. Greenfield
Jenner & Block LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com

*Counsel for the Zero Emission Transportation Association*

10

/s/ James R. Conde
Michael Buschbacher
James R. Conde
James R. Wedeking
Laura B. Ruppalt
Nicholas A. Cordova
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce and Corn Gowers Associations*

/s/ Paul D. Clement
Paul D. Clement
C. Harker Rhodes IV
Nicholas A. Aquart
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for American Petroleum Institute*

<div style="text-align: right">

/s/ Daniel J. Feith
Justin A. Savage
Timothy K. Webster
Daniel J. Feith
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8000
dfeith@sidley.com

Brooklyn Hildebrandt
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
213-896-6000

*Counsel for American Fuel &
Petrochemical Manufacturers*

</div>

December 19, 2025

Case: 25-8019    Document: 00118382204    Page: 13    Date Filed: 12/19/2025    Entry ID: 6774129

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this status report complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 263 words, according to the count of Microsoft Word.

*/s/ Theodore McCombs*
Theodore McCombs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

       */s/ Theodore McCombs*
       Theodore McCombs