# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

State of California, et al.,
        Petitioners,

v.

National Highway Traffic Safety
    Administration, et al.,
        Respondents.

Nos. 25-1595, 25-1642,
    25-1846, 25-8019

## JOINT STATUS REPORT

Pursuant to this Court's November 19, 2025, Order, the parties respectfully submit the following status report.

1. These consolidated cases involve three petitions for review of a rule issued by the Department of Transportation's National Highway Traffic Safety Administration (NHTSA). *See* Resetting the Corporate Average Fuel Economy Program, 90 Fed. Reg. 24,518 (June 11, 2025). That Rule "set[s] forth the agency's interpretation of the factors the agency is prohibited from considering when setting maximum feasible fuel economy standards" under the Energy Policy and Conservation Act. *Id*. at 24, 518; *see* 49 U.S.C. § 32902.

2. On November 19, 2025, this Court placed these cases in abeyance and directed the parties to file joint status reports every 30 days describing "the status of new rulemaking and any other developments relevant for purposes of this matter." As described in the government's abeyance motion and the prior joint status reports, NHTSA is engaging in rulemaking to update fuel economy standards to account for the Rule's statutory interpretation. On December 5, 2025, NHTSA published a notice of proposed rulemaking that, if finalized, would amend fuel economy standards for light-duty vehicles for model years 2022-2031. *See The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, 90 Fed. Reg. 56,438 (Dec. 5, 2025). The comment period closed on February 4, 2026, *see The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, 91 Fed. Reg. 1,494, 1,495 (Jan. 14, 2026), and the agency is preparing a final rule. Fuel economy standards for medium- and heavy-duty vehicles remain under consideration.[1]

---

[1] *See* Letter from Jonathan Morrison, Administrator, NHTSA to manufacturers (Jan. 30, 2026), *available at* https://www.nhtsa.gov/sites/nhtsa.gov/files/2026-01/letter-next-steps-resetting-HDPUV-standards-jan-2026.pdf.

3. The parties will continue to provide status reports every 30 days, consistent with this Court's order.

Respectfully submitted,

THOMAS PULHAM

/s/ *Steven H. Hazel*
STEVEN H. HAZEL
  202.514.2498
  Attorneys, Appellate Staff
  Civil Division, Room 7217
  Department of Justice
  950 Pennsylvania Ave. NW
  Washington, D.C.  20530

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

ANNADEL A. ALMENDRAS
Senior Asst. Attorney General
DEBORAH SMITH
Acting Senior Asst. Attorney General
MYUNG J. PARK
Supervising Deputy Attorney General
DAVID ZAFT
Supervising Deputy Attorney General

/s/ Theodore A. McCombs
THEODORE A. MCCOMBS
Deputy Attorney General
(619) 738-9003
theodore.mccombs@doj.ca.gov

FOR THE COMMONWEALTH
OF MASSACHUSETTS

ANDREA JOY CAMPBELL
Attorney General

/s/ Seth Schofield
SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

FOR THE STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General

/s/ Andy McCoy
ANDY MCCOY
Environmental Protection Unit
Office of the Attorney General for the
State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 515-1392
andy.mccoy@azag.gov

FOR THE STATE OF COLORAD

PHILIP J. WEISER
Attorney General

/s/ Carrie Noteboom
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Colorado Department of Law
Natural Resources and Environmen
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6528
carrie.noteboom@coag.gov

FOR THE STATE OF
CONNECTICUT

WILLIAM TONG
Attorney General

/s/ Matthew I. Levine
MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorney General
Connecticut Office of the Attorney
General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
matthew.levine@ct.gov

FOR THE DISTRICT OF
COLUMBIA

BRIAN L. SCHWALB
Attorney General

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the
District of Columbia
400 6th Street N.W., Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE STATE OF
DELAWARE
KATHLEEN JENNINGS
Attorney General

/s/ Vanessa L. Kassab
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

FOR THE STATE OF
HAWAI'I

ANNE E. LOPEZ
Attorney General

/s/ Lyle T. Leonard
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov

5

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Alex Hemmer*
ALEX HEMMER
Deputy Solicitor General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
alex.hemmer@ilag.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

6

FOR THE STATE OF
MARYLAND

ANTHONY G. BROWN
Attorney General

/s/ *Michael F. Strande*
MICHAEL F. STRANDE
Assistant Attorney General
Maryland Dept. of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3421
Michael.Strande@maryland.gov

ADAM D. KIRSCHNER
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6424
akirschner@oag.state.md.us

FOR THE STATE OF
MINNESOTA

KEITH ELLISON
Attorney General

/s/ *Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
Attorney General

*/s/ Nell Hryshko*
NELL HRYSHKO
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
(609) 376-2735
nell.hryshko@law.njoag.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
ATTORNEY GENERAL

*/s/ William Grantham*
WILLIAM GRANTHAM
ANJANA SAMANT
Assistant Attorneys General
408 Galisteo Street
Santa Fe, New Mexico 87501
(505) 717-3520
wgrantham@nmdoj.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

/s/ *Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
Attorney General

/s/ *Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural
Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

/s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ
Special Assistant Attorney General
Environment and Energy Unit Chief
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General

/s/ *Gabe Johnson-Karp*
GABE JOHNSON-KARP
JENNIFER S. LIMBACH
Assistant Attorneys General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 266-8940
Gabe.Johnson-Karp@wisdoj.gov
Jennifer.Limbach@wisdoj.gov

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
Attorney General

/s/ *Alexandria K. Doolittle*
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

FOR THE CITY OF CHICAGO

MARY B. RICHARDSON-LOWRY
Corporation Counsel

/s/ *Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel –
Appeals Division
City of Chicago Law Department
2 North LaSalle Street, Suite 540
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org

10

FOR THE CITY OF LOS ANGELES

HYDEE FELDSTEIN SOTO
Los Angeles City Attorney

/s/ Jessica B. Brown
Jessica B. Brown
Assistant City Attorney
Public Rights Branch
Office of the Los Angeles City Attorney
201 N. Figueroa St., 13th Floor
Los Angeles, CA 90012
(213) 978-1864
Jessica.Brown@lacity.org

FOR THE CITY OF NEW YORK

MURIEL GOODE-TRUFANT
CORPORATION COUNSEL

ALICE R. BAKER
Senior Counsel

/s/ Christopher G. King
CHRISTOPHER G. KING
Senior Counsel
SUSAN PAULSON
New York City Law Department
100 Church Street
New York, New York
(212) 356-2074
cking@law.nyc.gov

/s/ David Pettit
DAVID PETTIT
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7100
dpettit@biologicaldiversity.org

LIA COMERFORD
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6420
lcomerford@biologicaldiversity.org

Counsel for Center for Biological Diversity

/s/ Julia K. Forgie
JULIA K. FORGIE
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Tel: (310) 434-2351
jforgie@nrdc.org

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Megan M. Herzog
SEAN H. DONAHUE
MEGAN M. HERZOG
Donahue, Goldberg & Herzog
1008 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: (650) 353-8719
sean@donahuegoldberg.com
megan@donahuegoldberg.com

ANDREW P. SU
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
Tel: (303) 447-7236
asu@edf.org

*Counsel for Environmental Defense Fund*

/s/ Joshua A. Berman
JOSHUA A. BERMAN
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org

Counsel for Sierra Club


/s/ Meghan E. Greenfield
Meghan E. Greenfield
Jenner & Block LLP
1099 New York Ave., NW Suite 900
Washington, DC 20001
(202) 639-6000
mgreenfield@jenner.com

*Counsel for the Zero Emission
Transportation Association*

/s/ *James R. Conde*
Michael Buschbacher
James R. Conde
James R. Wedeking
Laura B. Ruppalt
Nicholas A. Cordova
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

*Counsel for American Free
Enterprise Chamber of Commerce
and Corn Gowers Associations*

/s/ *Paul D. Clement*
Paul D. Clement
C. Harker Rhodes IV
Nicholas A. Aquart
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for American Petroleum Institute*

/s/ Daniel J. Feith
Justin A. Savage
Timothy K. Webster
Daniel J. Feith
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, D.C. 20005
(202) 736-8000
dfeith@sidley.com

Brooklyn Hildebrandt
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
213-896-6000

*Counsel for American Fuel & Petrochemical Manufacturers*

May 18, 2026

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this status report complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 309 words, according to the count of Microsoft Word.

*/s/ Steven H. Hazel*
STEVEN H. HAZEL

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I filed and served the foregoing

document with the Clerk of the Court by causing a copy to be electronically

filed via the appellate CM/ECF system.  The participants in the case are

registered CM/ECF users and will be served via the CM/ECF system.


/s/ *Steven H. Hazel*
Steven H. Hazel