# United States Court of Appeals
## For the First Circuit

No. 25-8019

In Re: MCP 197

No. 25-1595

STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WASHINGTON; STATE OF WISCONSIN; CHICAGO, IL; CITY OF LOS ANGELES; CITY OF NEW YORK,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

No. 25-1846

ZERO EMISSION TRANSPORTATION ASSOCIATION,

Petitioner,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel and Acting Administrator of the National Highway Traffic Safety Administration; SEAN PATRICK DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**ORDER OF COURT**

Entered: October 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the notice of substitution of counsel is construed as a motion to withdraw Attorneys Steven H. Hazel and Thomas Pulham as counsel for Respondents and is granted. Attorneys Hazel and Pulham are hereby withdrawn as counsel of record, and Respondents will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Theodore McCombs, Andy McCoy, Carrie Noteboom, Matthew I. Levine, Scott Norman Koschwitz, Vanessa L. Kassab, Ian R. Liston, Caroline S. Van Zile, Lyle T. Leonard, Alex Hemmer, Emma Akrawi, Adam D. Kirschner, Seth Schofield, Peter N. Surdo, Nell Maria Miano Hryshko, Anjana Samant, William Grantham, Ashley Marie Gregor, Paul Garrahan, Nicholas M. Vaz, Alexandria K. Doolittle, Gabe Johnson-Karp, Myriam Zreczny Kasper, Jessica B. Brown, Susan Paulson, Lia Comerford, David Pettit, Julia Kathryn Forgie, Atid B. Kimelman, Joshua Aries Berman, Sean H. Donahue, Andrew Philip Su, Megan M. Herzog, Thomas Pulham, Steven H. Hazel, Sue Chen, Paul D Clement, Nicholas Albert Aquart, C. Harker Rhodes IV, Daniel Jacob Feith, Brooklyn Hildebrandt, Justin A. Savage, Timothy K. Webster, James R. Conde, James Wedeking, Cody S. Barnett, Matthew F. Kuhn, Jacob M. Abrahamson, Eric H. Wessan, Michael Ray Williams, Meghan Greenfield